**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02193-REB-MEH

JUSTIN D. HAKES,

    Plaintiff,

v.

WORLD RECOVERY SERVICE, LLC,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss With Prejudice** [#15] filed December 27, 2011. After careful review of the stipulation and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice** [#15] filed December 27, 2011, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 30, 2011, at Denver, Colorado.

                                        BY THE COURT:

                                        /s/ Robert E. Blackburn
                                        Robert E. Blackburn
                                        United States District Judge